```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lynn Zelvin, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

Boston Traders, Inc.,

                Defendant.

1:23-cv-09469 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that the parties (or, if defendant has not appeared in the case, only the plaintiff) shall appear for a telephone conference on Friday, January 19, 2024 at 11:00 a.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:    New York, New York
           January 10, 2024

_____
STEWART D. AARON
United States Magistrate Judge