UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNN ZELVIN on behalf of himself
and all others similarly situated,

        Plaintiffs,

-against-

BOSTON TRADERS, INC.

        Defendant.

Case No. 1:23-cv-9469

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Hicksville, New York
            January 22, 2024

Respectfully Submitted,

**/s/ Mars Khaimov**

SO ORDERED.

*/s/ Paul A. Engelmayer/*
PAUL A. ENGELMAYER
United States District Judge
January 23, 2024

By:  Mars Khaimov, Esq.
100 Duffy Avenue, Suite 510
Hicksville, New York 11801
Tel (929) 324-0717
Fax (929) 333-7774
Email: mars@khaimovlaw.com
*Attorney for Plaintiff*